IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00270-CV

 

Owen Oil Tools LP,

                                                                      Appellant

 v.

 

Atlas Tools & Services

and Ernie Ramirez,

                                                                      Appellees

 

 

 



From the 153rd District Court

Tarrant County, Texas

Trial Court No. 153-193677-02

 



MEMORANDUM  Opinion



 

Appellant has filed a “Motion to Dismiss
Appeal.”  See Tex. R. App. P. 42.1(a)(1). 
The motion states that Appellant’s counsel conferred with opposing counsel and
that he does not oppose the motion.  Dismissal of this cause would not prevent
a party from seeking relief to which it would otherwise be entitled.

Appellant’s motion to dismiss is granted.  The appeal
is dismissed.




 

 

PER CURIAM

 

Before Chief Justice
Gray,

          Justice
Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed October 12, 2005

[CV06]